**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
 MADISON ROBERT SPANN,

                              Plaintiff,
                -against-                                                    25 **CIVIL** 04739 (LLS)

                                                                            **JUDGMENT**

WESTCHESTER COUNTY VALHALLA JAIL,

                              Defendant.
------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated March 5, 2026, Plaintiff's complaint, filed in forma pauperis

under 28 U.S.C. § 1915(a)(1), is dismissed without prejudice for lack of subject matter

jurisdiction. See Fed. R. Civ. P. 12(h)(3).

**Dated:** New York, New York

        March 8, 2026


                                                        **TAMMI M. HELLWIG**
                                                _____
                                                        **Clerk of Court**

                                BY:

                                                _____
                                                        **Deputy Clerk**